FILED
2009 Apr-21 PM 05:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| TERRY AND LEONARD HAMM, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | 7:09-CV-125 |
| ) | |
| ) | |
| NCB MANAGEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiffs and Defendant.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st DAY OF April, 2009, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

A. Kelly Brennan, Esq.
Jason B. Tompkins, Esq.
Balch & Bingham

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

NONE.

/s/W. Whitney Seals
OF COUNSEL